IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MIKEESE WYNN-THOMAS, | 8:21CV54 |
|---|---|
| Plaintiff, | |
| vs. | MEMORANDUM AND ORDER |
| PATRICK DEMPSEY, et al. | |
| Defendants. | |

On May 14, 2021, the court entered an order requiring Plaintiff to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. (Filing 9.) A payment of the required amount was received that same day. The court therefore will withdraw its show cause order, and will proceed to conduct an initial review of Plaintiff's Complaint.

IT IS ORDERED:

1. The court's order requiring Plaintiff to show cause why this case should not be dismissed for failure to pay the required initial partial filing fee (Filing 9) is withdrawn.

2. The next step in this case will be for the court to conduct an initial review of Plaintiff's Complaint to determine whether summary dismissal is appropriate under 28 U.S.C. §§ 1915(e)(2) and 1915A. The court will conduct this initial review in the normal course of business.

Dated this 17th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge