# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEESE WYNN-THOMAS, | 8:21CV54 |
| Plaintiff, | |
| vs. | **ORDER** |
| PATRICK DEMPSEY, Badge # 2122, in his individual capacity, | |
| Defendant. | |

IT IS ORDERED that Defendant's motion for extension of time (Filing 14) is granted, and, accordingly, that Defendant shall have until July 29, 2021, to respond to Plaintiff's Complaint.

Dated this 23rd day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge