IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEESE WYNN-THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PATRICK DEMPSEY, Badge # 2122, in his individual capacity,<br><br>　　　　　Defendant. | 8:21CV54<br><br>**ORDER** |

　　IT IS ORDERED that Defendant's motion to amend progression order (Filing 19) is granted. Accordingly, the court shall enter an Amended Order Setting Schedule for Progression of Case, which will supersede the progression order that was entered on August 31, 2021 (Filing 17).

　　Dated this 7th day of December 2021.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　Senior United States District Judge